PRJ:kjj  101 052 152

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| KATHLEEN SNODGRASS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04-4041 |
| | ) | |
| CHIEF OF POLICE STEVE ETHERIDGE, | ) | |
| MOLINE CITY ADMINISTRATOR DALE | ) | |
| IMAN, MAYOR STAN LEACH, | ) | |
| MOLINE POLICE OFFICER JAMES | ) | |
| CUNNINGHAM, MOLINE POLICE LT. | ) | |
| GREG HEIST, MOLINE POLICE CAPT. | ) | |
| KENNETH L. HANGER and | ) | |
| THE CITY OF MOLINE, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE OF DISCOVERY DOCUMENTS**

I hereby certify that on **November 19, 2004**, I electronically filed this **Notice of Service of Discovery Documents** with the Clerk of Court using the CM/ECF system.

And I hereby certify that on **November 19, 2004**, I mailed a true copy of **Rule 26(a)(1) Disclosures**, along with a copy of this Notice, by United States Postal Service to the following non-registered participant:

Kathleen Snodgrass
2320 31st St.
Moline, IL  61265

CHIEF OF POLICE STEVE ETHERIDGE, MOLINE CITY
ADMINISTRATOR DALE IMAN, MAYOR STAN LEACH,
MOLINE POLICE OFFICER JAMES CUNNINGHAM,
MOLINE POLICE LT. GREG HEIST, MOLINE POLICE CAPT.
KENNETH L. HANGER and THE CITY OF MOLINE,
Defendants

By:  _____s/Peter R. Jennetten_____
          Peter R. Jennetten
QUINN, JOHNSTON, HENDERSON & PRETORIUS

Peter R. Jennetten (Illinois Bar No. 6237377)
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 N.E. Jefferson Street
Peoria, IL  61602-1211
Telephone:  (309) 674-1133
Facsimile:  (309) 674-6503
E-mail: pjennetten@qjhp.com
I:\1\Civil\Snodgrass v. Moline 101 052 152\snodgrass not disc.wpd