E-FILED
Monday, 22 November, 2004  04:37:27 PM
Clerk, U.S. District Court, ILCD

KATHLEEN A. SNODGRASS, PRO SE
BY: KATHLEEN SNODGRASS

2320 31ST STREET
MOLINE IL 61265
(309) 764-3032

FILED
NOV 2 2 2004
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

KATHLEEN SNODGRASS

Plaintiff

V.

Chief of Police Steve Etheridge,
(In his official and individual capacity)

Moline City Administrator Dale Iman,
(In his official and individual capacity)

Mayor Stan Leach,
(In his official and individual capacity)

Moline Police Officer James Cunningham,
(In his official and individual capacity)

Moline Police LT. Greg Heist,
(in his official and individual capacity)

Moline Police Capt. Kenneth L. Hanger,
(in his official and individual capacity)

THE CITY OF MOLINE

Civil Action No. 04-4041

**NOTICE OF SERVICE OF**
**DISCOVERY DOCUMENTS**

I hereby certify that on November 22nd, 2004, I filed this Notice of Service of the Discovery Documents by hand delivering them to the Clerk of Court in Person.

I also certify that on November 22, 2004, I mailed a true copy of the **Rule 26(a)(1) Disclosures,** along with a copy of this Notice, by United States Postal Service to the following participant:

Attorney for the Defendents
Peter R. Jennetten
Quinn, Johnston, Henderson and & Pretorius
227 N.E. Jefferson Street
Peoria IL 61602-1211
(309) 674-1133

Kathleen Snodgrass,
Plaintiff

By: *Kathleen Snodgrass*
Kathleen Snodgrass
Pro Se