PRJ:kjj 101 052 152

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| KATHLEEN SNODGRASS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 04-4041 |
| CHIEF OF POLICE STEVE ETHERIDGE, MOLINE CITY ADMINISTRATOR DALE IMAN, MAYOR STAN LEACH, MOLINE POLICE OFFICER JAMES CUNNINGHAM, MOLINE POLICE LT. GREG HEIST, MOLINE POLICE CAPT. KENNETH L. HANGER and THE CITY OF MOLINE, | ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL

NOW COME THE PARTIES HERETO, the Plaintiff *pro se* and the Defendants by their attorneys, and hereby represent to this Court that the above cause of action has been settled, and hereby stipulate and agree that the above cause may be dismissed, with prejudice to the Plaintiff, costs paid, and cause of action satisfied.

Signed: *s/Kathleen A. Snodgrass* (with consent)
KATHLEEN SNODGRASS, Plaintiff


CHIEF OF POLICE STEVE ETHERIDGE,
MOLINE CITY ADMINISTRATOR DALE IMAN,
MAYOR STAN LEACH,
MOLINE POLICE OFFICER JAMES CUNNINGHAM,
MOLINE POLICE LT. GREG HEIST,
MOLINE POLICE CAPT. KENNETH L. HANGER
and THE CITY OF MOLINE, Defendants


By: *s/Peter R. Jennetten*
Peter R. Jennetten
QUINN, JOHNSTON, HENDERSON & PRETORIUS

I:\1\Civil\Snodgrass v. Moline 101 052 152\snodgrass stip dismissal e-file.wpd