E-FILED
Tuesday, 10 May, 2005  03:32:32 PM
Clerk, U.S. District Court, ILCD

PRJ:kjj  101 052 152

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| KATHLEEN SNODGRASS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-4041 |
| ) | |
| CHIEF OF POLICE STEVE ETHERIDGE, ) | |
| MOLINE CITY ADMINISTRATOR DALE ) | |
| IMAN, MAYOR STAN LEACH, ) | |
| MOLINE POLICE OFFICER JAMES ) | |
| CUNNINGHAM, MOLINE POLICE LT. ) | |
| GREG HEIST, MOLINE POLICE CAPT. ) | |
| KENNETH L. HANGER and ) | |
| THE CITY OF MOLINE, ) | |
| ) | |
| Defendants. ) | |

**ORDER FOR DISMISSAL**

     THIS CAUSE COMING on for hearing upon the stipulation of the parties hereto to dismiss this cause of action, with prejudice, cause of action satisfied, costs paid:

     IT IS, THEREFORE, ORDERED that the within aforegoing cause of action is hereby dismissed, with prejudice, cause of action satisfied, and costs paid.


ENTERED:_____        _____
                                                    Judge of the United States District Court


I:\1\Civil\Snodgrass v. Moline 101 052 152\snodgrass order dismissal.wpd